UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-2983

_____

State of Indiana; State of Arkansas; State of Alabama; State of Florida; State of Georgia; State of Idaho; State of Iowa; State of Missouri; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Utah; State of Virginia

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

------

Petition for Review of an Order of the Federal Communications Commission
(FCC 24-75)

------

**JUDGMENT**

Before SHEPHERD, ERICKSON and STRAS, Circuit Judges.

The request to transfer the case is granted. The case is hereby transferred to the United States Court of Appeals for the First Circuit. The pending motions to intervene are transferred with the case.

October 31, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Maureen W. Gornik