# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.
_____

**ORDER OF COURT**

Entered: November 6, 2024
Pursuant to 1st Cir. R. 27.0(d)

　　　This petition for review has been consolidated with the originating petition and the transferred petitions received under the September 18, 2024, Consolidation Order from the United States Judicial Panel on Multidistrict Litigation. The court has designated <u>In re: MCP 191</u>, Case No. 24-8028, as the lead case for all of the petitions.

In order to file motions, pleadings, or briefs on behalf of a party, the filer must be registered with the court's Case Management Electronic Case Files system (CM/ECF). Further, any attorney filing motions, pleadings, or briefs or participating in oral argument must be admitted to the bar of this court and file an appearance form. See 1st Cir. R. 46.0(a)(2). As a preliminary step, attorneys seeking admission to the court's bar are required to submit their bar application and pay the admission fee electronically using the court's Case Management Electronic Case Files system. See 1st Cir. R. 46.0(a)(1).

　　　Further information about registering for CM/ECF filing in this court and joining the court's bar is available through the court's website at www.ca1.uscourts.gov, using the "Attorneys

& Litigants" tab and selecting "Attorney Admissions." Counsel may contact the Clerk's Office with any questions regarding the attorney admission process and CM/ECF registration.

All filings in this proceeding will be made by counsel using CM/ECF and as provided by applicable orders. Filings should designate both the lead case number (In re: MCP 191, Appeal No. 24-8028) and the case number assigned to this individual member case in this court. When filing in CM/ECF, filers should select only their individual case number and the lead case number. In the event errors are made in selecting cases when docketing, misfiled documents may be stricken with instructions for correction by counsel.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Jacob Matthew Lewis, Matthew J. Dunne, P. Michele Ellison, Merrick B. Garland, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Aliza Kaplan, Scott H. Angstreich, Michael H. Pryor, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Erik Stallman, Cheryl A. Leanza, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua J David, Blake Lanning, Corrine Youngs, Nicholas J. Bronni, David Andrew Bydalek, Dylan L. Jacobs, Edmund G. LaCour, Henry Charles Whitaker, Stephen John Petrany, Alan M. Hurst, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, T. Elliot Gaiser, Mathura Sridharan, Joseph David Spate, Ryan McFall, Whitney D. Hermandofer, Stanford Purser, Kevin Michael Gallagher