# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-2013        **Short Title:** State of Indiana, et al v. FCC,

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Iowa _____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✔] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Eric H. Wessan                       09/05/2024
Signature                                Date

Eric H. Wessan
Name

Iowa Attorney General                    515-823-9117
Firm Name (if applicable)                Telephone Number

1305 E. Walnut Street                    515-281-8894
Address                                  Fax Number

Des Moines, Iowa 50319                   eric.wessan@ag.iowa.gov
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1213564

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).