# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-1969, 24-2013         **Short Title:** In re MCP 191; Pay Tel Communications, Inc. v. FCC et al.; State of Indiana, et al. v. FCC et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Direct Action for Rights and Equality                                                                         as the

[ ] appellant(s)           [ ] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [✓] intervenor(s)

s/ Jessica Ring Amunson
Signature

November 18, 2024
Date

Jessica Ring Amunson
Name

Jenner & Block LLP
Firm Name (if applicable)

202-639-6023
Telephone Number

1099 New York Ave, NW Suite 900
Address

202-639-6066
Fax Number

Washington, DC 20001
City, State, Zip Code

jamunson@jenner.com
Email (required)

Court of Appeals Bar Number: 1193641

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset