# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-8028     **Short Title:** State of Indiana, et al., v. FCC

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>State of South Carolina</u> as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>s/ Joseph D. Spate</u>            <u>11/18/2024</u>
Signature                            Date

<u>Joseph D. Spate</u>
Name

<u>South Carolina Attorney General</u>    <u>(803) 734-3371</u>
Firm Name (if applicable)                Telephone Number

<u>1000 Assembly Street</u>               <u>(803) 734-3677</u>
Address                                  Fax Number

<u>Columbia, SC 29201</u>                 <u>josephspate@scag.gov</u>
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: <u>1209409</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).