# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-8028　　　　Short Title: State of Indiana, et al v. FCC,

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arkansas _____ as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[✔] petitioner(s)　　　[ ] respondent(s)　　　[ ] intervenor(s)

/s/ Dylan L. Jacobs
Signature

11/18/2024
Date

Dylan L. Jacobs
Name

Arkansas Attorney General
Firm Name (if applicable)

501-682-2007
Telephone Number

323 Center Street, Ste. 200
Address

_____
Fax Number

Little Rock, AR 72201
City, State, Zip Code

dylan.jacobs@arkansasag.gov
Email (required)

Court of Appeals Bar Number: 1214520

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No._____

—**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).