# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-8028    Short Title: State of Indiana, et al v. FCC,

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arkansas_____ as the

[ ] appellant(s)    [ ] appellee(s)    [ ] amicus curiae

[✔] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Nicholas J. Bronni
Signature

11/18/2024
Date

Nicholas J. Bronni
Name

Arkansas Attorney General
Firm Name (if applicable)

501-682-2007
Telephone Number

_____
Fax Number

323 Center Street, Ste. 200
Address

Little Rock, AR 72201
City, State, Zip Code

nicholas.bronni@arkansasag.gov
Email (required)

Court of Appeals Bar Number: 1214518

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes    Court of Appeals No._____

—**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).