# United States Court of Appeals
## For the First Circuit

No. 24-8028

In Re: MCP 191

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

**ORDER OF COURT**

Entered: November 18, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the unopposed motion for leave to intervene on behalf of Respondents Federal Communication Commission and United States filed by Office of Communication of the United Church of Christ, Inc. is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis
Matthew J. Dunne
P. Michele Ellison
Merrick B. Garland
Sarah E. Citrin
Robert B. Nicholson
Robert J. Wiggers
Amy Elizabeth Potter

Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan Reinold Garcia Gonzalez
Andrew Schwartzman
Elizabeth B. Murrill
J. Benjamin Aginaga
Kelsey L. Smith
Justin L. Matheny
Lynn Fitch
Erik Stallman
Cheryl A. Leanza
Lanora Christine Pettit
Kenneth Paxton Jr.
Brent Webster
Amanda Hawkins
Marcus Trathen
Christopher B. Dodd
Joshua Joseph David
Nicholas J. Bronni
David Andrew Bydalek
Dylan L. Jacobs
Edmund G. LaCour
Henry Charles Whitaker
Stephen John Petrany
Alan M. Hurst
Sean M. Corkery
Eric H. Wessan
Dominic X. Barceleau
Joshua Divine
T. Elliot Gaiser
Mathura Sridharan
Joseph David Spate
Ryan McFall
Whitney D. Hermandorfer
Stanford Purser
Kevin Michael Gallagher
Landis C. Best
Cherie R. Kiser
Angela F. Collins
Craig E. Frosch
Shannon Dirmann
Mary Erlington
Blake Lanning
Corrine Youngs