# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No. 24-1814

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1859

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

Nos. 24-1860
      24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY; CRIMINAL JUSTICE REFORM CLINIC; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

---

No. 24-1861

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

---

No. 24-1884

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

---

No. 24-1886

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1922

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1969

PAY TEL COMMUNICATIONS, INC.,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

PENNSYLVANIA PRISON SOCIETY; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.,

Intervenors.

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

---

No. 24-2061

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

---

Before

Barron, Chief Judge,
Gelpí and Aframe, Circuit Judges.

---

**ORDER OF COURT**

Entered: November 18, 2024

By **December 9, 2024**, all parties in the above-captioned proceedings are directed to meet and confer and to submit to this court a jointly proposed merits briefing schedule. The parties should make every effort to submit a joint briefing proposal; however, in the event the parties cannot agree on a joint proposal, the parties may submit individual proposals by the deadline set out above.

A copy of this order should be entered in any matter 1) that is opened in this court, by way of original-petition filing or transfer, before the deadline set out above and 2) that is consolidated with, inter alia, 24-8028. The caption of any such copy of the order should be adjusted to reflect the newly opened matter, and reasonable extension requests will be considered in the event one or more proceedings is opened at or near the deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Jacob Matthew Lewis, Matthew J. Dunne, P. Michele Ellison, Merrick B. Garland, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Aliza Kaplan, Scott H. Angstreich, Michael H. Pryor, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Elizabeth B. Murrill, J. Benjamin Aginaga, Kelsey L. Smith, Justin L. Matheny, Lynn Fitch, Erik Stallman, Cheryl A. Leanza, Lanora Christine Pettit, Kenneth Paxton Jr., Brent Webster, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua Joseph David, Nicholas J. Bronni, David Andrew Bydalek, Dylan L. Jacobs, Edmund G. LaCour, Henry Charles Whitaker, Stephen John Petrany, Alan M. Hurst, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, T. Elliot Gaiser, Mathura Sridharan, Joseph David Spate, Ryan McFall, Whitney D. Hermandorfer, Stanford Purser, Kevin Michael Gallagher, Landis C. Best, Cherie R. Kiser, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Erlington