# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-8028            Short Title: In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Virginia                                    as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Kevin M. Gallagher
Signature

11/19/2024
Date

Kevin M. Gallagher
Name

Firm Name (if applicable)

804.786.2071
Telephone Number

202 N. 9th St
Address

Fax Number

Richmond, VA 23219
City, State, Zip Code

kgallagher@oag.state.va.us
Email (required)

Court of Appeals Bar Number: 1210800

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).