# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1927, -1969, -2013    **Short Title:** In re MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Office of Communication of the United Church of Christ, Inc.    as the

[ ] appellant(s)         [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [✔] intervenor(s)

/s/ Erik Stallman
Signature

Nov. 20, 2024
Date

Erik Stallman
Name

Samuelson Law, Technology & Public Policy Clinic
Firm Name (if applicable)

(510) 642-2485
Telephone Number

353 Law Building
Address

Fax Number

Berkeley, CA 94720
City, State, Zip Code

estallman@clinical.law.berkeley.edu
Email (required)

Court of Appeals Bar Number: 1214065

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes    Court of Appeals No. 24-8028 and consolidated cases

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset