# United States Court of Appeals
## For the First Circuit

No. 24-8028, 24-1814, 24-1860, 24-1884, 24-1927, 24-1969, 24-2013

**NOTICE OF APPEARANCE**

**Short Title:** In re MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Direct Action for Rights and Equality _____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [✓] intervenor(s)

/s/ Andrew C. DeGuglielmo
Signature

Andrew C. DeGuglielmo
Name

Jenner & Block LLP
Firm Name (if applicable)

1099 New York Ave, NW, Suite 900
Address

Washington, DC, 20001
City, State, Zip Code

November 27, 2024
Date

202-639-6031

202-639-6066

adeguglielmo@jenner.com
Email (required)

Court of Appeals Bar Number: 1214685

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[Print]    [Reset]