IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| IN RE: MCP 191 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 24-8028 <br> No. 24-1860 <br> No. 24-1927 <br> No. 24-1969 <br> No. 24-2013 <br> No. 24-2061 |

**AMENDED MOTION FOR LEAVE TO INTERVENE OF
GLOBAL TEL\*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES**

Pursuant to 47 U.S.C. § 402(e), 28 U.S.C. § 2348, and Rule 15(d) of the Federal Rules of Appellate Procedure, Global Tel\*Link Corporation d/b/a ViaPath Technologies ("ViaPath") hereby respectfully moves to intervene in support of Petitioners in the above-captioned appeals and any cases that may be consolidated with those appeals. The appeals concern the Report and Order, Order on Reconsideration, Clarification and Waiver, and Further Notice of Proposed Rulemaking issued by the Federal Communications Commission ("FCC") on July 22, 2024 in WC Docket Nos. 23-62 and 12-375, *Incarcerated People's Communications Services; Implementation of the Martha-Wright Reed Act; Rates for Interstate Inmate Calling Services*, FCC 24-75 ("*Order*"). The *Order* adopts a broad range of regulations governing the provision of incarcerated people's communications services ("IPCS"), and requires IPCS providers to modify their existing IPCS contracts to comport with the new rules as necessary.

Upon appeal of an agency order, "any party in interest in the proceeding before the agency whose interests will be affected if an order of the agency is or is not enjoined, set aside, or suspended, may appear as parties thereto of their own motion and as of right, and be represented by counsel in any proceeding to review the order." 28 U.S.C. § 2348. "[A] person who wants to intervene in a proceeding under this rule must file a motion for leave to intervene," which "must

1

contain a concise statement of the interest of the moving party and the grounds for intervention." Fed. R. App. Proc. 15(d).

ViaPath provides IPCS to nearly 2,000 correctional facilities across the United States pursuant to individually-negotiated contracts. ViaPath actively participated in the proceedings before the FCC, including filing written comments, making ex parte presentations, and responding to data requests issued by the FCC. As an IPCS provider, ViaPath will be directly affected by the outcome of this appeal. As such, ViaPath is a "party in interest in the proceeding" and is entitled to intervene "as of right" in this matter. 28 U.S.C. § 2348; *see also* 47 U.S.C. § 402(e).

WHEREFORE, ViaPath respectfully requests that this Court grant its motion for leave to intervene in support of Petitioners in the above-captioned appeals and any cases that may be consolidated with those appeals to ensure ViaPath can protect its interests to the extent necessary.

Dated: December 4, 2024

Respectfully submitted,

*/s/ Landis C. Best*

Angela F. Collins
CAHILL GORDON & REINDEL LLP
1990 K Street, NW, Suite 950
Washington, DC 20006
202-862-8900
acollins@cahill.com

Landis C. Best
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
212-701-3000
lbest@cahill.com

*Attorneys for Global Tel\*Link Corporation d/b/a ViaPath Technologies*

## CERTIFICATE OF SERVICE

I, hereby certify that, on December 4, 2024, I caused a copy of the foregoing Amended Motion for Leave to Intervene to be filed electronically with the Clerk of the Court through the Court's CM/ECF system and that a copy of the same will be served on all counsel of record through the Court's CM/ECF system.

/s/ Landis C. Best
Landis C. Best

*Counsel for Global Tel*Link Corporation d/b/a ViaPath Technologies*