# United States Court of Appeals
## For the First Circuit

NOTICE OF APPEARANCE

**No.** 24-8028, 24-1860, 24-1927, 24-1969, 24-2013, 24-2061    **Short Title:** IN RE: MCP 191 and consolidated cases

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Global Tel*Link Corporation d/b/a ViaPath Technologies    as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✔] intervenor(s)

/s/ Angela F. Collins
Signature

12-6-2024
Date

Angela F. Collins
Name

Cahill Gordon & Reindel LLP
Firm Name (if applicable)

202-862-8930
Telephone Number

1990 K Street, NW Suite 950
Address

212-269-5420
Fax Number

Washington, DC 20006
City, State, Zip Code

acollins@cahill.com
Email (required)

Court of Appeals Bar Number: 1214554

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).