IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| State of Indiana, et al. v. FCC | ) | No. 24-2013 |
| State of Louisiana, et al. v. FCC | ) | No. 24-2061 |
| | ) | |

CORPORATE DISCLOSURE STATEMENT OF
GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES

Pursuant to Federal Rule of Appellate Procedure 26.1, Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath") respectfully submits this Corporate Disclosure Statement. ViaPath is a privately held and wholly owned subsidiary of GTEL Holdings, Inc. There is no publicly held company that owns ten percent (10%) or more of ViaPath's stock.

Dated: December 6, 2024

Respectfully submitted,

/s/ Landis C. Best

| | |
|---|---|
| Angela F. Collins | Landis C. Best |
| CAHILL GORDON & REINDEL LLP | CAHILL GORDON & REINDEL LLP |
| 1990 K Street, NW, Suite 950 | 32 Old Slip |
| Washington, DC 20006 | New York, NY 10005 |
| 202-862-8900 | 212-701-3000 |
| acollins@cahill.com | lbest@cahill.com |

*Attorneys for Global Tel*Link Corporation d/b/a ViaPath Technologies*

1

## CERTIFICATE OF SERVICE

I, hereby certify that, on December 6, 2024, I caused a copy of the foregoing Corporate Disclosure Statement to be filed electronically with the Clerk of the Court through the Court's CM/ECF system and that a copy of the same will be served on all counsel of record through the Court's CM/ECF system.


*/s/ Landis C. Best*
Landis C. Best

*Counsel for Global Tel*Link Corporation d/b/a ViaPath Technologies*