# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-2013   **Short Title:** State of Indiana, et al v. FCC
24-2061                        State of Louisiana, et al v. FCC

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Global Tel*Link Corporation d/b/a ViaPath Technologies</u> as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [✔] intervenor(s)

<u>/s/ Landis C. Best</u>                    <u>12-6-2024</u>
Signature                                   Date

<u>Landis C. Best</u>
Name

<u>Cahill Gordon & Reindel LLP</u>        <u>212-701-3000</u>
Firm Name (if applicable)                  Telephone Number

<u>32 Old Slip</u>                          <u>212-269-5420</u>
Address                                     Fax Number

<u>New York, NY 10005</u>                   <u>lbest@cahill.com</u>
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: <u>119788</u>

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes   Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).