# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1814 & 24-1884 |
| CRIMINAL JUSTICE REFORM CLINIC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1859 & 24-1922 |

| | |
|---|---|
| SECURUS TECHNOLOGIES, LLC, *Petitioner*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*. | Nos. 24-1860 & 24-1927 |
| PENNSYLVANIA PRISON SOCIETY, *Petitioner*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*. | Nos. 24-1861 & 24-1886 |
| PAY TEL COMMUNICATIONS, INC., *Petitioner*, v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, *Respondents*. | No. 24-1969 |

| | |
|---|---|
| STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | No. 24-2013 |
| STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | No. 24-2061 |

## JOINT PROPOSED BRIEFING FORMAT AND SCHEDULE

Pursuant to this Court's order of November 18, 2024, the Petitioners and Respondents in the above captioned cases, as well as the Intervenors, have conferred and jointly propose the following briefing format and schedule.

**Opening Briefs – Due January 27, 2025**

<u>Joint Brief of IPCS Providers</u> (Securus Technologies, LLC and Pay Tel Communications, Inc. – Petitioners in Nos. 24-1860, 24-1927, and 24-1969): 14,000 words

<u>Joint Brief of States and Sheriffs</u> (State of Indiana, State of Arkansas, State of Alabama, State of Florida, State of Georgia, State of Idaho, State of Iowa, State of Missouri, State of Ohio, State of South Carolina, State of South Dakota, State of Tennessee, State of Utah, State of Virginia, State of Louisiana, State of Mississippi, State of Texas, Sheriff Sid Gautreaux, Sheriff Bobby Webre, Sheriff Mark Wood, Sheriff Kevin Cobb, and Louisiana Sheriffs' Association – Petitioners in Nos. 24-2013 and 24-2061): 14,000 words

<u>Joint Brief of Public Interest Organizations</u> (Direct Action for Rights and Equality, Inc., Criminal Justice Reform Clinic, Pennsylvania Prison Society, and Fines and Fees Justice Center, Inc.[1] – Petitioners in Nos. 24-1814, 24-1859, 24-1861, 24-1884, 24-1886, 24-1922, and 24-____): 14,000 words

---

[1] Fines and Fees Justice Center, Inc. filed a petition for review in the Second Circuit on September 27, 2024. The Commission filed an unopposed motion to transfer that petition to this Court on October 8, 2024. That motion remains pending but will, eventually, be granted and the case transferred to this Court and consolidated with the above-captioned cases. Counsel for Fines and Fees Justice Center, Inc. joins in this briefing proposal.

**Intervenor in Support of Petitioner Briefs – Due February 3, 2025**

    Brief of Global Tel*Link Corporation d/b/a ViaPath Technologies in support IPCS Providers and States and Sheriffs (Intervenor in Nos. 24-1860, 24-1927, 24-1969, 24-2013, and 24-2061): 3,000 words

    Brief of the National Sheriffs' Association in support of States and Sheriffs (Intervenor in No. 24-2061): 3,000 words

**Respondents Brief – Due April 7, 2025**

    Joint Brief of Federal Communications Commission and United States (Respondents in all cases): 31,500 words

**Intervenor in Support of Respondents Briefs – Due April 14, 2025**

    Joint Brief of Direct Action for Rights and Equality, Inc., Criminal Justice Reform Clinic, Pennsylvania Prison Society, and Office of Communication of the United Church of Christ, Inc. (Intervenors in Nos. 24-1860, 24-1927, 24-1969, 24-2013, and 24-2061): 9,100 words

    Brief of Securus Technologies, LLC (Intervenor in Nos. 24-1884, 24-1886, 24-1922, and 24-____[2]): 4,500 words

**Reply Briefs – Due May 5, 2025**

    Joint Brief of IPCS Providers: 7,000 words

    Joint Brief of States and Sheriffs: 7,000 words

    Joint Brief of Public Interest Organizations: 7,000 words

As reflected in the above proposal, the parties have largely proposed to file joint briefs. However, the Public Interest Organization petitioners are adverse to

---

[2] Securus Technologies, LLC filed a motion to intervene in support of the Commission in the case Fines and Fees Justice Center, Inc. filed in the Second Circuit.

the IPCS Providers and the States and Sheriffs. And the States and Sheriffs are sovereign governments, or parts thereof, and purchase service from the IPCS Providers, explaining their need for briefing separate from the IPCS Providers. While the proposal includes longer-than-standard-length opening and reply briefs—to provide space for parties to discuss jurisdiction and transfer issues in their merits briefs, consistent with this Court's order of December 9, 2024—the total words sought are far fewer than the individual Petitioners could receive absent the agreement to brief jointly. Finally, while the Respondents' proposed word allotment also exceeds the standard length, Respondents will be addressing arguments in all three opening briefs and two briefs of intervenors.

      The parties to these cases request that the Court adopt the proposed schedule and format.

                                              Respectfully submitted,

/s/ Robert J. Wiggers  
Robert. B Nicholson  
Robert J. Wiggers  
   *Attorneys*  
U.S. Department of Justice  
Antitrust Division  
950 Pennsylvania Ave. NW  
Washington, DC 20530  

*Counsel for Respondent United States of America*

/s/ Sarah E. Citrin  
P. Michele Ellison  
   *General Counsel*

Jacob M. Lewis  
   *Deputy General Counsel*

Sarah E. Citrin  
   *Deputy Associate General Counsel*

Matthew J. Dunne  
   *Counsel*

Federal Communications Commission  
45 L Street NE  
Washington, DC 20554  
(202) 418-1740  
fcclitigation@fcc.gov  

*Counsel for Respondent Federal Communications Commission*

/s/ Jessica Ring Amunson  
Jessica Ring Amunson  
Jenner & Block LLP  
1099 New York Ave., N.W., Suite 900  
Washington, D.C. 20001  
(202) 639-6000  
jamunson@jenner.com  

*Counsel for Petitioner and Intervenor Direct Action for Rights and Equality*

/s/ Scott H. Angstreich  
Scott H. Angstreich  
Kellogg, Hansen, Todd,  
   Figel & Frederick, P.L.L.C.  
1615 M Street, N.W., Suite 400  
Washington, D.C. 20036  
(202) 326-7900  
sangstreich@kellogghansen.com  

*Counsel for Petitioner and Intervenor Securus Technologies, LLC*

/s/ Amy E. Potter
Amy E. Potter
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204

*Counsel for Petitioner and Intervenor Criminal Justice Reform Clinic*

/s/ Marcus W. Trathen
Marcus W. Trathen
Brooks, Pierce, McLendon,
  Humphrey & Leonard L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300

*Counsel for Petitioner Pay Tel Communications, Inc.*

/s/ Landis C. Best
Landis C. Best
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3000
lbest@cahill.com

*Counsel for Intervenor Global Tel*Link Corporation d/b/a ViaPath Technologies*

/s/ Andrew Jay Schwartzman
Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

*Counsel for Petitioner and Intervenor Pennsylvania Prison Society*

/s/ Erik Stallman
Erik Stallman
Samuelson Law, Technology &
  Public Policy Clinic
University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720

*Counsel for Intervenor Office of Communication of the United Church of Christ, Inc.*

/s/ Dylan L. Jacobs
Dylan L. Jacobs
Office of Attorney General Tim Griffin
323 Center Suite, Suite 200
Little Rock, Arkansas, 72201
(501) 682-2007
dylan.jacobs@arkansasag.gov

*Counsel for Petitioner the State of Arkansas*

8

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
Office of the Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner the State of Alabama*

/s/ Henry C. Whitaker
Henry C. Whitaker
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida, 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Petitioner the State of Florida*

/s/ Stephen J. Petrany
Stephen J. Petrany
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner the State of Georgia*

/s/ Blake E. Lanning
Blake E. Lanning
Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-1146
Blake.Lanning@atg.in.gov

*Counsel for Petitioner the State of Indiana*

/s/ Sean M. Corkery
Sean M. Corkery
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov

*Counsel for Petitioner the State of Idaho*

/s/ Eric H. Wessan
Eric H. Wessan
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner the State of Iowa*

/s/ Dominic X. Barceleau
Dominic X. Barceleau
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-7366
(573) 751-0774 (fax)
Dominic.Barceleau@ago.mo.gov

*Counsel for Petitioner the State of Missouri*

/s/ T. Elliot Gaiser
T. Elliot Gaiser
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
thomas.gaiser@ohioago.gov

*Counsel for Petitioner the State of Ohio*

/s/ Whitney Hermandorfer
Whitney Hermandorfer
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov

*Counsel for Petitioner the State of Tennessee*

/s/ Joseph D. Spate
Joseph D. Spate
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner the State of South Carolina*

/s/ Ryan McFall
Ryan McFall
Office of Attorney General
2000 E. 52nd St.
N. Sioux Falls, S.D. 57104
Telephone: 605-367-5880
Facsimile: 605-367-5886
ryan.mcfall@state.sd.us

*Counsel for Petitioner the State of South Dakota*

/s/ Kevin M. Gallagher
Kevin M. Gallagher
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Petitioner the Commonwealth of Virginia*

/s/ Stanford Purser
Stanford Purser
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, Utah 84111
spurser@agutah.gov

*Counsel for Petitioner the State of Utah*

/s/ Justin L Matheny
Justin L. Matheny
Deputy Solicitor General
justin.matheny@ago.ms.gov
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680

*Counsel for Petitioner the State of Mississippi*

/s/ Craig E. Frosch
Craig E. Frosch
Executive Counsel,
Louisiana Sheriffs' Association
Frosch, Rodrigue, Arcuri, LLC
1615 Poydras Street – Suite 1250
New Orleans, LA 70112
(504) 592-4600
cfrosch@fralawfirm.com

*Counsel for Petitioners Sheriff Sid Gautreaux; Sheriff Bobby Webre; Sheriff Mark Wood; Sheriff Kevin Cobb; and the Louisiana Sheriffs' Association*

/s/ Kelsey L. Smith
Kelsey L. Smith
Deputy Solicitor General
Louisiana Attorney General's Office
1885 N. Third Street
Baton Rouge, LA 70802
SmithKel@ag.louisiana.gov
(225) 428-7432

*Counsel for Petitioner the State of Louisiana*

/s/ Lanora C. Pettit
Lanora C. Pettit
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2127

*Counsel for Petitioner the State of Texas*

/s/ Stefen R. Short
Stefen R. Short
Worth Rises Inc.
85 Delancey Street
Second Floor
New York, NY 10002
sshort@worthrises.org

*Counsel for Petitioner Fines and Fees Justice Center, Inc.*

/s/ Salvatore Taillefer, Jr.
Salvatore Taillefer, Jr.
Blooston, Mordkofsky, Dickens &
　Prendergast, LLP
2120 L Street NW, Suite 825
Washington, D.C. 20037
(202) 659-0830
sta@bloostonlaw.com

*Counsel for Intervenor the National Sheriffs' Association*

**CERTIFICATE OF FILING AND SERVICE**

I, Sarah E. Citrin, hereby certify that on December 9, 2024, I filed the foregoing Joint Proposed Briefing Format And Schedule with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Sarah E. Citrin*

Sarah E. Citrin
Associate Deputy General Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740