# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028              **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Idaho</u> as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✔] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

<u>/s/ Sean M. Corkery</u>                    <u>12/19/2024</u>
Signature                                    Date

<u>Sean M. Corkery</u>
Name

<u>Office of the Idaho Attorney General</u>     <u>208-947-8775</u>
Firm Name (if applicable)                    Telephone Number

<u>700 W. Jefferson St. Ste. 210</u>
Address                                      Fax Number

<u>Boise, ID 83720</u>                         <u>jack.corkery@ag.idaho.gov</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1214523</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).