# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013      **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Georgia                                                                 as the

[ ] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[✓] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Stephen J. Petrany                     12/20/2024
Signature                                  Date

Stephen J. Petrany
Name

Georgia Department of Law, Solicitor General      (404) 458 - 3408
Firm Name (if applicable)                         Telephone Number

40 Capitol Square, S.W.                           (943) 200 - 4293
Address                                           Fax Number

Atlanta, GA 30334                                 spetrany@law.ga.gov
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 718981

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 24-8028 and consolidated cases

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).