# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|             |                                                                                                                                                                                                                                                                                 |
|-------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **No. 24-8028** | In Re: MCP 191                                                                                                                                                                                                                                                                  |
| **No. 24-2013** | State of Indiana; State of Arkansas; State of Alabama; State of Florida; State of Georgia; State of Idaho; State of Iowa; State of Missouri; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Utah; State of Virginia, *Petitioners*, v. Federal Communications Commission; United States, *Respondents*, Office of Communication of The United Church of Christ, Inc.; Direct Action For Rights And Equality, Inc.; Pennsylvania Prison Society, *Intervenors*. |

**MOTION TO WITHDRAW COUNSEL**

The undersigned attorney for Petitioner State of Idaho respectfully requests that this Court withdraw Alan M. Hurst as counsel in the above captioned case. The State of Idaho will continue to be represented by Sean M. Corkery.

Dated: December 26, 2024    Respectfully submitted,

/s/ *Sean M. Corkery*
Sean M. Corker
Assistant Solicitor General
Attorney for Petitioner, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Sean M. Corkery*
Sean M. Corkery