# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-8028 and 24-2013     **Short Title:** In Re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Missouri</u> as the

[ ] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[✔] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Joshua M. Divine</u>            <u>December 27, 2024</u>
Signature                                Date

<u>Joshua M. Divine</u>
Name

<u>Office of Missouri Attorney General</u>    <u>(573) 751-8870</u>
Firm Name (if applicable)                   Telephone Number

<u>207 West High Street</u>                    <u>(573) 751-0774</u>
Address                                      Fax Number

<u>Jefferson City, MO 65101</u>                <u>Josh.Divine@ago.mo.gov</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1214525</u>

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. <u>24-2013 and other consolidated cases</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).