# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.
_____

**ORDER OF COURT**

Entered: December 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

  Upon consideration, the motion to withdraw Attorney Alan M. Hurst as counsel for Petitioner State of Idaho in 24-8028, 24-2013 is granted. Attorney Hurst is hereby withdrawn as counsel of record, and Petitioner State of Idaho will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Jacob Matthew Lewis, Matthew J. Dunne, P. Michele Ellison, Merrick B. Garland, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Aliza Kaplan, Scott H. Angstreich, Michael H. Pryor, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Elizabeth B. Murrill, J. Benjamin Aginaga, Kelsey L. Smith, Justin L. Matheny, Lynn Fitch, Erik Stallman, Cheryl A. Leanza, Lanora Christine Pettit, Kenneth Paxton Jr., Brent Webster, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua Joseph David, Blake Lanning, Corrine Youngs, Nicholas J. Bronni, David Andrew Bydalek, Dylan L. Jacobs, Edmund G. LaCour, Henry Charles Whitaker, Stephen John Petrany, Alan M. Hurst, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, T. Elliot Gaiser, Mathura Sridharan, Joseph David Spate, Ryan McFall, Whitney D. Hermandorfer, Stanford Purser, Kevin Michael Gallagher, Landis C. Best, Cherie R. Kiser, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr.