# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013        **Short Title:** In Re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Tennessee                                                                                as the

[ ] appellant(s)            [ ] appellee(s)              [ ] amicus curiae

[✔] petitioner(s)           [ ] respondent(s)            [ ] intervenor(s)

/s/ Whitney D. Hermandorfer                1/2/2025
Signature                                  Date

Whitney D. Hermandorfer
Name

Office of Tennessee Attorney General       615-741-7403
Firm Name (if applicable)                  Telephone Number

P.O. Box 20207                             615-741-3491
Address                                    Fax Number

Nashville, TN 37202-0207                   whitney.hermandorfer@ag.tn.gov
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1204206

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes    Court of Appeals No. 24-2013 and other consolidated cases

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).