# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-2013          **Short Title:** Indiana, et al. v FCC, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Alabama</u> as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Edmund G. LaCour Jr.</u>          <u>1/2/2025</u>
Signature                                   Date

<u>Edmund G. LaCour Jr.</u>
Name

<u>Office of the Alabama Attorney General</u>          <u>334.242.7300</u>
Firm Name (if applicable)                         Telephone Number

<u>501 Washington Avenue</u>          <u>334.353.8400</u>
Address                                    Fax Number

<u>Montgomery, AL 36130</u>          <u>Edmund.LaCour@AlabamaAG.gov</u>
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: <u>1214521</u>

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. <u>24-8028</u>

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).