## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| In Re: MCP 191 | No. 24-8028 |
| State of Indiana; State of Arkansas; State of Alabama; State of Florida; State of Georgia; State of Idaho; State of Iowa; State of Missouri; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Utah; State of Virginia | |
| *Petitioners*, | No. 24-2013 |
| v. | |
| Federal Communications Commission; United States of America, | |
| *Respondents*. | |
| Office Of Communication of The United Church of Christ, Inc.; Direct Action for Rights And Equality, Inc.; Pennsylvania Prison Society, | |
| *Intervenors*. | |

On Petition for Review of an Order of
the Federal Communications Commission

---

## MOTION TO WITHDRAW COUNSEL

---

1

Nicholas J. Bronni, counsel for Petitioner State of Arkansas, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni has left the employment of the Office of the Arkansas Attorney General to begin service as an Associate Justice of the Arkansas Supreme Court. Petitioner will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Dated: January 3, 2025

Respectfully Submitted,

TIM GRIFFIN
  *Arkansas Attorney General*

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni
  *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 67 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni

## CERTIFICATE OF SERVICE

I certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni
