# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013          **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Indiana _____ as the

[ ] appellant(s)             [ ] appellee(s)             [ ] amicus curiae

[✔] petitioner(s)             [ ] respondent(s)             [ ] intervenor(s)

/s/ Blake E. Lanning _____          1/7/2025 _____
Signature                                                          Date

Blake E. Lanning _____
Name

Office of the Indiana Attorney General          317-232-1146 _____
Firm Name (if applicable)                                    Telephone Number

302 W. Washington Street, 5th Floor          317-232-7979 _____
Address                                                          Fax Number

Indianapolis, IN 46204 _____          Blake.Lanning@atg.in.gov _____
City, State, Zip Code                                    Email (required)

Court of Appeals Bar Number: 1214485 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).