# United States Court of Appeals
## For the First Circuit

_____

No.24-8028

In Re: MCP 191

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.
_____

**ORDER OF COURT**

Entered: January 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Attorneys David A. Bydalek and Nicholas J. Bronni have filed motions to withdraw as counsel of record for Petitioner State of Arkansas. Petitioner will continue to be represented in this appeal by its remaining counsel of record. In light of this, attorney Bydalek and attorney Bronni's motion to withdraw is allowed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Jacob Matthew Lewis, Matthew J. Dunne, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Erik Stallman, Lanora Christine Pettit, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua Joseph David, Blake Lanning, Nicholas J. Bronni, David Andrew Bydalek, Dylan L. Jacobs, Edmund G. LaCour Jr., Henry Charles Whitaker, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, Mathura Sridharan, Joseph David Spate, Ryan McFall, Whitney D. Hermandorfer, Stanford Purser, Kevin Michael Gallagher, Landis C. Best, Angela F. Collins, Craig E. Frosch, Mary Grace Erlingson, Salvatore Taillefer Jr.