# United States Court of Appeals
## For the First Circuit

**No.** 24-8028, 24-1814, 24-1860, 24-1884, 24-1927, 24-1969, 24-2013, 24-2061

**NOTICE OF APPEARANCE**

**Short Title:** In re MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Direct Action for Rights and Equality _____ as the

[ ] appellant(s)   [ ] appellee(s)   [ ] amicus curiae

[✓] petitioner(s)   [ ] respondent(s)   [✓] intervenor(s)

/s/ Arjun R. Ramamurti
Signature

01/07/2025
Date

Arjun R. Ramamurti
Name

Jenner & Block LLP
Firm Name (if applicable)

202-639-3852
Telephone Number

1099 New York Avenue NW, Suite 900
Address

202-639-6066
Fax Number

Washington, DC 20001
City, State, Zip Code

aramamurti@jenner.com
Email (required)

Court of Appeals Bar Number: 1214995

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).