# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |
| DIRECT ACTION FOR RIGHTS AND EQUALITY,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1814 & 24-1884 |
| CRIMINAL JUSTICE REFORM CLINIC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1859 & 24-1922 |

| | |
|---|---|
| SECURUS TECHNOLOGIES, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1860 & 24-1927 |
| PENNSYLVANIA PRISON SOCIETY,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | Nos. 24-1861 & 24-1886 |
| PAY TEL COMMUNICATIONS, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,<br><br>*Respondents.* | No. 24-1969 |

| | |
|---|---|
| STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA, <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents.* | No. 24-2013 |
| STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION, <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES, <br><br> *Respondents.* | No. 24-2061 |

**JOINT MOTION OF PETITIONERS TO WAIVE LOCAL RULE 28.0(a)(1) AND PERMIT THE INCLUSION OF THE ORDER UNDER REVIEW IN THE DEFERRED JOINT APPENDIX**

Petitioners[1] in these cases jointly move the Court to waive Local Rule 28.0(a)(1) in part and permit them to include the more than 460-page Order under review in Volume I of the deferred joint appendix rather than in the addenda to each of the three petitioners' briefs to be filed on January 27, 2025.

On January 13, 2025, this Court granted a joint motion of all parties and permitted the use of a deferred joint appendix. As explained in that joint motion, considerations of efficiency — for the parties and the Court — supported that request.

Those same considerations support the limited waiver requested here. Under the briefing schedule in these consolidated cases, the Court will receive three separate petitioners' briefs: one from providers of incarcerated persons communications services; one from a group of States, Sheriffs, and a Sheriffs' association; and one from a group of public interest organizations. Under Local Rule 28.0(a)(1), each of those briefs would need its own addendum containing the

---

[1] Fines and Fees Justice Center, Inc. filed a petition for review in the Second Circuit on September 27, 2024. The Commission filed an unopposed motion to transfer that petition to this Court on October 8, 2024. That motion remains pending, but to the extent the case may be transferred to this Court and consolidated with the above-captioned cases, counsel for Fines and Fees Justice Center, Inc. has agreed to the relief requested.

order under review, which is more than 460 pages long. In addition, because parts of the Order are subject to an FCC-entered protective order, each of the three briefs would also require a second, equally lengthy sealed addendum. It would be wasteful — and potentially confusing — for the Court to receive six separate copies of the same FCC Order and for parties to cite to different addenda in their briefs.

In addition, because the Court approved the use of a deferred joint appendix, the parties will be filing final versions of their briefs, with citations to the joint appendix page numbers. It would be efficient for all parties similarly to include in those final briefs citations to a commonly paginated public (and, as necessary, sealed) version of the Order contained in the joint appendix.

To provide the Court with the order under review in a stand-alone volume, as Local Rule 28.0(a)(1) contemplates, volume 1 of the joint appendix will contain only the public version of the Order and volume 1 of the sealed joint appendix will contain only the sealed version of the Order.

Petitioners therefore respectfully request that the Court waive Local Rule 28.0(a)(1) insofar as it would require petitioners' briefs to include a copy of the order under review in an addendum and order that:

1. Volume 1 of the joint appendix will contain only the public version of FCC Order under review in this case.

2. Volume 1 of the sealed joint appendix will contain only the sealed version of the FCC Order under review in this case.

3. All parties' final electronic briefs containing references to the Joint Appendix will include references to the appropriate page of the public or sealed FCC Order that will be contained in volume 1 of the appendix.

Respectfully submitted,

/s/ Jessica Ring Amunson
Jessica Ring Amunson
Jenner & Block LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
(202) 639-6000
jamunson@jenner.com

*Counsel for Petitioner Direct Action for Rights and Equality*

/s/ Scott H. Angstreich
Scott H. Angstreich
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com

*Counsel for Petitioner Securus Technologies, LLC*

/s/ Amy E. Potter
Amy E. Potter
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204

*Counsel for Petitioner Criminal Justice Reform Clinic*

/s/ Andrew Jay Schwartzman
Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

*Counsel for Petitioner Pennsylvania Prison Society*

/s/ Marcus W. Trathen
Marcus W. Trathen
Brooks, Pierce, McLendon,
  Humphrey & Leonard L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300

*Counsel for Petitioner Pay Tel Communications, Inc.*

/s/ Blake E. Lanning
Blake E. Lanning
Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-1146
Blake.Lanning@atg.in.gov

*Counsel for Petitioner the State of Indiana*

/s/ Justin L. Matheny
Justin L. Matheny
Deputy Solicitor General
justin.matheny@ago.ms.gov
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680

*Counsel for Petitioner the State of Mississippi*

/s/ Edmund G. LaCour Jr
Edmund G. LaCour Jr.
Office of the Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner the State of Alabama*

/s/ Henry C. Whitaker
Henry C. Whitaker
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida, 32399-1050
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Petitioner the State of Florida*

/s/ Dylan L. Jacobs
Dylan L. Jacobs
Office of Attorney General Tim Griffin
323 Center Suite, Suite 200
Little Rock, Arkansas, 72201
(501) 682-2007
dylan.jacobs@arkansasag.gov

*Counsel for Petitioner the State of Arkansas*

/s/ Kelsey L. Smith
Kelsey L. Smith
Deputy Solicitor General
Louisiana Attorney General's Office
1885 N. Third Street
Baton Rouge, LA 70802
SmithKel@ag.louisiana.gov
(225) 428-7432

*Counsel for Petitioner the State of Louisiana*

/s/ Sean M. Corkery
Sean M. Corkery
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov

*Counsel for Petitioner the State of Idaho*

/s/ Stephen J. Petrany
Stephen J. Petrany
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner the State of Georgia*

/s/ Dominic X. Barceleau
Dominic X. Barceleau
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-7366
(573) 751-0774 (fax)
Dominic.Barceleau@ago.mo.gov

*Counsel for Petitioner State of Missouri*

/s/ T. Elliot Gaiser
T. Elliot Gaiser
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
thomas.gaiser@ohioago.gov

*Counsel for Petitioner the State of Ohio*

/s/ Eric H. Wessan
Eric H. Wessan
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner the State of Iowa*

/s/ Joseph D. Spate
Joseph D. Spate
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner the State of South Carolina*

/s/ Ryan McFall
Ryan McFall
Office of Attorney General
2000 E. 52nd St.
N. Sioux Falls, S.D. 57104
Telephone: 605-367-5880
Facsimile: 605-367-5886
ryan.mcfall@state.sd.us

*Counsel for Petitioner the State of South Dakota*

/s/ Whitney Hermandorfer
Whitney Hermandorfer
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov

*Counsel for Petitioner the State of Tennessee*

/s/ Stanford Purser
Stanford Purser
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, Utah 84111
spurser@agutah.gov

*Counsel for Petitioner the State of Utah*

/s/ Stefen R. Short
Stefen R. Short
Worth Rises Inc.
85 Delancey Street
Second Floor
New York, NY 10002
sshort@worthrises.org

*Counsel for Petitioner Fines and Fees Justice Center, Inc.*

/s/ Kevin M. Gallagher
Kevin M. Gallagher
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Petitioner the Commonwealth of Virginia*

/s/ Lanora C. Pettit
Lanora C. Pettit
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2127

*Counsel for Petitioner the State of Texas*

/s/ Craig E. Frosch
Craig E. Frosch
Executive Counsel,
Louisiana Sheriffs' Association
Frosch, Rodrigue, Arcuri, LLC
1615 Poydras Street – Suite 1250
New Orleans, LA 70112
(504) 592-4600
cfrosch@fralawfirm.com

*Counsel for Petitioners Sheriff Sid Gautreaux; Sheriff Bobby Webre; Sheriff Mark Wood; Sheriff Kevin Cobb; and the Louisiana Sheriffs' Association*

7

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/* Scott H. Angstreich  
Scott H. Angstreich
