# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-2013, 24-8028     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Utah</u> as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✓] petitioner(s)           [ ] respondent(s)           [ ] intervenor(s)

<u>/s/ Stanford E. Purser</u>  
Signature

<u>1/15/2025</u>  
Date

<u>Stanford E. Purser</u>  
Name

<u>Office of the Utah Attorney General</u>  
Firm Name (if applicable)

<u>801-366-0533</u>  
Telephone Number

<u>160 E. 300 S., 5th Fl, PO Box 140858</u>  
Address

<u>801-538-1121</u>  
Fax Number

<u>Salt Lake City, UT 84114-0858</u>  
City, State, Zip Code

<u>stanpurser@agutah.gov</u>  
Email (required)

Court of Appeals Bar Number: <u>1214528</u>

Has this case or any related case previously been on appeal?

[✓] No           [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).