# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Indiana _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Bradley S. Davis                                      1/24/2025
Signature                                                  Date

Bradley S. Davis
Name

Office of the Indiana Attorney General          317-233-5601
Firm Name (if applicable)                               Telephone Number

302 W. Washington Street, 5th Floor            317-232-7979
Address                                                    Fax Number

Indianapolis, IN 46204                                Bradley.Davis@atg.in.gov
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 1215303

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).