# United States Court of Appeals
## For the First Circuit

_____

No.   24-8028

In Re:   MCP 191

_____

No.   24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

_____

No.   24-2061

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

_____

**ORDER OF COURT**

Entered: February 11, 2025
Pursuant to 1st Cir. R. 27.0(d)

The preliminary electronic brief filed by petitioners State of Indiana, State of Arkansas, State of Louisiana, State of Alabama, State of Florida, State of Georgia, State of Idaho, State of Iowa, State of Mississippi, State of Missouri, State of Ohio, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Virginia, Sid Gautreaux, Bobby Webre, Mark Wood, Kevin Cobb, and Louisiana Sheriffs' Association on January 27, 2025 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the petitioners' preliminary electronic brief does not match the caption used by this court.***

- **Fed. R. App. P. 28(a)(7)**, requiring that the brief contain, under the appropriate heading and in the order indicated, a summary of the argument. The summary of the argument must contain a succinct, clear and accurate statement of the arguments made in the body of the brief and must not merely repeat the argument headings. ***The petitioners' preliminary electronic brief does not contain a summary of the argument under the appropriate heading and location. The summary of the argument must be labeled clearly, and it should follow directly after the statement of the case and before the argument.***

Petitioners State of Indiana, State of Arkansas, State of Louisiana, State of Alabama, State of Florida, State of Georgia, State of Idaho, State of Iowa, State of Mississippi, State of Missouri, State of Ohio, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Virginia, Sid Gautreaux, Bobby Webre, Mark Wood, Kevin Cobb, and Louisiana Sheriffs' Association are ordered to file a conforming preliminary electronic brief by **February 18, 2025**. The corrected brief must be served on all parties to the consolidated appeals, and the certificate of service must be updated to include the new date of service. The parties shall continue to adhere to the current briefing schedule, and the respondents' preliminary electronic brief remains due by April 7, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Jacob Matthew Lewis, Matthew J. Dunne, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Erik Stallman, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua Joseph David, Blake Lanning, Jade Poorman, Bradley Davis, Dylan L. Jacobs, Edmund G. LaCour Jr., Henry Charles Whitaker, Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, Thomas Elliot Gaiser, Mathura Sridharan, Joseph David Spate, Ryan McFall, Whitney D. Hermandorfer, Stanford Purser, Kevin Michael Gallagher, Landis C. Best, Angela F., Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr.