IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE: MCP 191 | No. 24-8028 |

_____/

| | |
|---|---|
| STATE OF INDIANA, ET AL., | No. 24-2013 |

    *Petitioners*,

        v.

FEDERAL COMMUNICATIONS COMMISSION, ET AL.,

    *Respondents*.

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, ET AL.,

    *Intervenors*.

_____/

## **MOTION TO WITHDRAW COUNSEL**

The undersigned attorney for Petitioner State of Florida respectfully requests that this Court withdraw Henry C. Whitaker as counsel in the above captioned cases. Mr. Whitaker has departed from the Florida Office of the Attorney General. The State of Florida will continue to be represented by Allen L. Huang.

                                          Respectfully submitted,

                                          JOHN M. GUARD
                                           *Acting Attorney General*

                                          JEFFREY P. DESOUSA
February 15, 2025                       *Acting Solicitor General*

OFFICE OF THE ATTORNEY GENERAL    */s/ Allen L. Huang*
The Capitol, PL-01                         ALLEN L. HUANG (1st Cir. Bar No. 1215346)
Tallahassee, Florida 32399-1050      *Deputy Solicitor General*
(850) 414-3300
(850) 410-2672 (fax)
*allen.huang@myfloridalegal.com*

                                      *Counsel for State of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of February 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

                                                          */s/ Allen L. Huang*
                                                          ALLEN L. HUANG