# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of South Dakota                                                                      as the

[ ] appellant(s)           [ ] appellee(s)            [ ] amicus curiae

[✓] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Jonathan K. Van Patten                      2/26/2025
Signature                                        Date

Jonathan K. Van Patten
Name

Office of South Dakota Attorney General         605-773-3215
Firm Name (if applicable)                        Telephone Number

1302 E. Highway 14, Suite 1                     605-773-4106
Address                                          Fax Number

Pierre, SD 57501                                jonathan.vanpatten@state.sd.us
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1215577

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 24-8028 and consolidated cases

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).