# United States Court of Appeals
## For the First Circuit

No. 24-8028

Re: MCP 191

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

**ORDER OF COURT**

Entered: February 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Henry C. Whitaker as counsel for Petitioner State of Florida is granted. Attorney Whitaker is hereby withdrawn as counsel of record, and Petitioner will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Jacob Matthew Lewis, Matthew J. Dunne, Sarah E. Citrin, Robert B. Nicholson, Robert J. Wiggers, Amy Elizabeth Potter, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Erik Stallman, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Joshua Joseph David, Blake Lanning, Jade Poorman, Bradley Davis, Dylan L. Jacobs, Edmund G. LaCour Jr., Henry Charles Whitaker, Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, Thomas Elliot Gaiser, Joseph David Spate, Ryan McFall, Whitney D. Hermandorfer, Stanford Purser, Kevin Michael Gallagher, Landis C. Best, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr., Jonathan K. Van Patten