# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

In RE: MCP 191             No. 24-8028

_____/

State of Indiana, State of Arkansas;
State of Alabama; State of Florida;
State of Georgia; State of Idaho; State
of Iowa; State of Missouri; State of
Ohio; State of South Carolina; State of
South Dakota; State of Tennessee;
State of Utah; State of Virginia,

       *Petitioners,*            No. 24-2013

   v.

Federal Communications Commission;
United States of America,

       *Respondents.*

Office of Communication of the
United Church Of Christ, Inc.;
Direct Action For Rights and Equality, Inc.;
Pennsylvania Prison Society,

       *Intervenors.*

_____/

## MOTION TO WITHDRAW AS COUNSEL

    COMES NOW, Assistant Attorney General Ryan McFall, and respectfully

moves this Court for an Order allowing him to withdraw as counsel for Petitioner,

State of South Dakota, in the above-captioned matters. The basis for the motion is that the movant has been assigned different duties within the Attorney General's Office. As indicated in a Notice of Appearance filed with this Court and dated February 26, 2025, Jonathan K. Van Patten, Assistant Attorney General, will hereinafter be appearing on behalf of the named Petitioner, State of South Dakota.

Dated this 26th day of February, 2025.

                                              /s/ *Ryan McFall*
                                              Ryan McFall
                                              Assistant Attorney General
                                              South Dakota Attorney General's Office
                                              1302 E. Highway 14, Suite 1
                                              Pierre, SD 57501-8501
                                              Telephone: (605) 773-3215
                                              Email: ryan.mcfall@state.sd.us

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 41 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times new Roman, a proportionally spaced typeface, using Microsoft Word.

                                                /s/ *Ryan McFall*
                                                Ryan McFall
                                                Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of February 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

                                                /s/ *Ryan McFall*
                                                Ryan McFall
                                                Assistant Attorney General