# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 24-2013            **Short Title:** MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arkansas                                                                                  as the

[ ] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[✔] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Autumn Hamit Patterson            03/10/2025
Signature                             Date

Autumn Hamit Patterson
Name

Office of the Arkansas Attorney General      501-682-2007
Firm Name (if applicable)                    Telephone Number

323 Center Street, Suite 200                 501-682-7395
Address                                      Fax Number

Little Rock, AR 72201                        autumn.patterson@arkansasag.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1215955

Has this case or any related case previously been on appeal?

[✔] No            [ ] Yes    Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).