# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013, 24-2 **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Public Knowledge, The Benton Institute for Broadband & Society, Center for Digital Democracy, Free Press as the

[ ] appellant(s)  [ ] appellee(s)  [✔] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

Signature: *(signed)*

Date: April 21 2025

Name: John Bergmayer

Firm Name (if applicable):

Telephone Number: 202-861-0020

Address: 1818 N St NW. Suite 410

Fax Number:

City, State, Zip Code: Washington DC 20036

Email (required): john@publicknowledge.org

Court of Appeals Bar Number: 1194430

Has this case or any related case previously been on appeal?

[✔] No   [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).