Case Nos. 24-8028, 24-2013, 24-2061

# United States Court of Appeals
# for the First Circuit

**No. 24-8028**

In re: MCP 191

**No. 24-2013**

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNCAITON OF THE UNITED CHURCH OF CHRIST, DIRECT ACTION FOR RIGHTS AND EQUALITY, PENNSYLVANIA PRISON SOCIETY,

Intervenors.

No. 24-2061

STATE OF LOUSIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUSIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the Federal Communications Commission

**Motion for Consent to File of Proposed Amici Curiae Public Knowledge, The Benton Institute for Broadband & Society, Center for Digital Democracy, and Free Press**

John Bergmayer
*Legal Director*

*Counsel for Amici Curiae*

Public Knowledge
1818 N St. NW Suite 410
Washington, DC 20036
john@publicknowledge.org

Pursuant to Federal Rule of Appellate Procedure 29(b), Amici respectfully move to file the accompanying brief in support of the Respondents.

Amici are 501(c)(3) non-profit organizations that advocate for technology policy that serves the public interest. They submit this brief specifically to address constitutional arguments raised by petitioner States concerning the structure of the FCC. State Pet'rs' Br. at 45 (Corrected Opening Brief, filed Feb. 20, 2025). The arguments raised by amici differ from those made by Respondents. Br. for Resp'ts at 101, MCP 191, No. 24-8028 (filed Apr. 14, 2025).

Amici asked all parties for consent to file this brief. Securus, Pay Tel, and the National Sheriffs' Association opposed. Remaining parties either consented (including Alabama, Indiana, Virginia, Tennessee, Mississippi, and Texas), took no position, or did not respond.

Respectfully submitted,

/s/ John Bergmayer

*Legal Director*
PUBLIC KNOWLEDGE

*Counsel for Amici Curiae*