# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028 *        **Short Title:** In re MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

*/s/ Stephen Raher*
Signature

April 21, 2025
Date

Stephen A. Raher
Name

Tabor Law Group
Firm Name (if applicable)

(971) 867-2440
Telephone Number

4110 SE Hawthorne Blvd. PMB 506
Address

(971) 634-0250
Fax Number

Portland, OR 97214
City, State, Zip Code

sraher@pdx-law.com
Email (required)

Court of Appeals Bar Number: 1214772

* and cases 24-1814, 24-1884, 24-1859, 24-1992, 24-1860, 24-1927, 24-1861, 24-1886, 24-1969, 24-2013, 24-2061

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).