# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013    **Short Title:** In Re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Tennessee                                                                                                                                    as the

[ ] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[✓] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ J. Matthew Rice
Signature

5/8/2025
Date

J. Matthew Rice
Name

Office of Tennessee Attorney General
Firm Name (if applicable)

615-532-6026
Telephone Number

P.O. Box 20207
Address

615-741-2009
Fax Number

Nashville, TN 37202-0207
City, State, Zip Code

matt.rice@ag.tn.gov
Email (required)

Court of Appeals Bar Number: 1200299

Has this case or any related case previously been on appeal?

[ ] No            [✓] Yes    Court of Appeals No. 24-2013 and other consolidated cases

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).