# United States Court of Appeals
# For the First Circuit

―――――――――――――――――――――――――

No. 24-8028
In re: MCP 191
*(Caption Continued on Inside Cover)*

―――――――――――――――――――――――――

On Petitions for Review of a Final Order of the
Federal Communications Commission

―――――――――――――――――――――――――

**UNOPPOSED MOTION TO SEAL PORTION OF JOINT APPENDIX BY PETITIONER DIRECT ACTION FOR RIGHTS AND EQUALITY**

―――――――――――――――――――――――――

Jessica Ring Amunson
Arjun R. Ramamurti
Andrew C. DeGuglielmo
Ruby C. Giaquinto
JENNER & BLOCK LLP
1099 New York Avenue NW, #900
Washington, DC 20001
Telephone: (202) 639-6000
jamunson@jenner.com

*Counsel for Direct Action for Rights and Equality*

No. 24-1814

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1859

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

Nos. 24-1860 & 24-1927

SECURUS TECHNOLOGIES, LLC,

Petitioner,

GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; CRIMINAL JUSTICE REFORM CLINIC; PENNSYLVANIA PRISON SOCIETY; OFFICE OF COMMUNICATION OF UNITED CHURCH OF CHRIST, INC.

Intervenors.

_____

No. 24-1861

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

_____

No. 24-1884

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1886

PENNSYLVANIA PRISON SOCIETY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1922

CRIMINAL JUSTICE REFORM CLINIC,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

SECURUS TECHNOLOGIES, LLC,

Intervenor.

_____

No. 24-1969

PAY TEL COMMUNICATIONS, INC.,

Petitioner,

GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; OFFICE OF COMMUNICATION OF UNITED CHURCH OF CHRIST, INC.

Intervenors.

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK d/b/a VIAPATH TECHNOLOGIES,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; OFFICE OF COMMUNICATION OF UNITED CHURCH OF CHRIST, INC.

Intervenors.

_____

No. 24-2061

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUISIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK, d/b/a VIAPATH TECHNOLOGIES; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY; PENNSYLVANIA PRISON SOCIETY; OFFICE OF COMMUNICATION OF UNITED CHURCH OF CHRIST, INC.

Intervenors.

### UNOPPOSED MOTION TO SEAL PORTION OF JOINT APPENDIX BY PETITIONER DIRECT ACTION FOR RIGHTS AND EQUALITY

Pursuant to First Circuit Local Rule 11.0(c), Petitioner Direct Action for Rights and Equality ("DARE") moves this Court for an order permitting DARE to file under seal a portion of the Joint Appendix filed jointly by all Petitioners, Respondents, and Intervenors. DARE further requests that the unredacted version of the sealed portion of the Joint Appendix be accepted provisionally under seal, subject to the Court's subsequent ruling on this Motion, as provided in First Circuit Local Rule 11.0(c)(2).

The Order under review contains confidential financial information and competitive business information of IPCS providers, including non-public data related to costs, revenues, and business practices throughout the IPCS industry. The FCC designated the Order as "confidential" under the 2023 IPCS Protective Order. *See* Protective Order, *In re Incarcerated People's Communication Services; Implementation of the Martha Wright-Reed Act; Rates for Interstate Inmate Calling Services*, WC Docket Nos. 23-62 & 12-375, 38 FCC Rcd 2498 (rel. Apr. 5, 2023).

Sealing is appropriate for documents that contain, as here, non-public "business information that might harm a litigant's competitive standing." *See In re Gitto Glob. Corp.*, 422 F.3d 1, 6 (1st Cir. 2005) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)); *see also United States v. Kravetz*, 706 F.3d 47, 59

1

(1st Cir. 2013). This Court has, accordingly, granted motions to seal throughout these proceedings to protect this confidential information.

Counsel for DARE conferred with counsel for all parties, and no party opposes DARE's motion. For these reasons, DARE respectfully requests that this Court grant DARE's motion. DARE has also filed a redacted version of all sealed materials on the public docket as part of the Joint Appendix.

Dated: June 2, 2025

Respectfully submitted,

/s/*Jessica Ring Amunson*
Jessica Ring Amunson
Arjun R. Ramamurti
Andrew C. DeGuglielmo
Ruby C. Giaquinto
JENNER & BLOCK LLP
1099 New York Avenue NW, #900
Washington, DC 20001
Telephone: (202) 639-6000
jamunson@jenner.com

*Counsel for Direct Action for Rights and Equality*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit by sending it via electronic mail to case manager Antonio Lopez-Blanco at Antonio_lopez-blanco@ca1.uscourts.gov, and I served this document via electronic mail on counsel for all parties.

<i>/s/ Jessica Ring Amunson</i><br>
Jessica Ring Amunson