# UNITED STATES COURTS OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| In Re: MCP 191 | No. 24-8028 |
| State of Indiana, *et al.*, | |
| *Petitioners,* | |
| v. | No. 24-2013 |
| Federal Communications Commission, *et al.*, | |
| *Respondents,* | |
| Office of Communication of The United Church of Christ, Inc., *et al.*, | |
| *Intervenors*. | |

## MOTION TO WITHDRAW COUNSEL

Joshua J. David, counsel for the Petitioner State of Indiana, respectfully moves to withdraw his appearance as attorney of record in the above-captioned matters. The undersigned will be departing from his position with the Office of the Indiana Attorney General effective July 14, 2025.

Petitioner State of Indiana will continue to be represented by the other counsel of record from the Office of the Indiana Attorney General.

Respectfully submitted,

Theodore E. Rokita
*Indiana Attorney General*

Date: July 07, 2025

*/s/ Joshua J. David*
Joshua J. David, #1214484
Deputy Attorney General
Office of the Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 232-6201 Fax: (317) 232-7978
Email: Joshua.David@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on July 07, 2025, I electronically filed the foregoing Motion to Withdraw Counsel with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Joshua J. David*
Joshua J. David

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6201 Fax: (317) 232-7978
Email: Joshua.David@atg.in.gov