CASE NOS. 24-8028, 24-2013, 24-2061

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 24-8028

IN RE: MCP 191

———————————

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

———————————

No. 24-2061

STATE OF LOUSIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUSIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the
Federal Communications Commission

**MOTION TO WITHDRAW AS COUNSEL**

Whitney D. Hermandorfer, counsel for Petitioner State of Tennessee, respectfully moves to withdraw as an attorney of record in this matter. Good cause exists for this withdrawal because Ms. Hermandorfer is departing her position at the Office of the Tennessee Attorney General effective July 15, 2025 and will no longer

2

be associated with this case. Petitioner State of Tennessee will continue to be represented by Tennessee Solicitor General James Matthew Rice as counsel of record.

Dated: July 15, 2025

Respectfully submitted,

JONATHAN SKRMETTI
*Attorney General of Tennessee*

*/s/ Whitney D. Hermandorfer*
WHITNEY D. HERMANDORFER
*Director of Strategic Litigation*
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 75 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

July 15, 2025                                          /s/ *Whitney D. Hermandorfer*
                                                       Whitney D. Hermandorfer

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Whitney D. Hermandorfer*
Whitney D. Hermandorfer
