# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

**In re: MCP 191**

_____

| | |
|---|---|
| DIRECT ACTION FOR RIGHTS AND EQUALITY, INC., et al. ) ) ) | |
| Petitioners, ) | |
| vs. ) | No. 24-8028 |
| ) | |
| FEDERAL COMMUNICATIONS COMMISSION, et al. ) ) ) | |
| Respondents. ) | |

## MOTION TO WITHDRAW

Solicitor General Joshua M. Divine, hereby respectfully submits this motion to withdraw as counsel for Petitioner State of Missouri. Withdrawal can be accomplished without material adverse effect on the interests of Petitioner State of Missouri because the said Petitioner continues to be represented by counsel already entered in the case. Good cause exists because the undersigned is leaving the employment of the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel for Petitioner State of Missouri.

Dated: July 16, 2025

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine, #69875 MO
  *Solicitor General*
Office of Missouri Attorney General
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
Josh.Divine@ago.mo.gov

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ Joshua M. Divine*
Solicitor General