CASE NOS. 24-8028, 24-2013, 24-2061

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 24-8028

IN RE: MCP 191

———————————

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

———————————

No. 24-2061

STATE OF LOUSIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUSIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the
Federal Communications Commission

**MOTION FOR LEAVE TO APPEAR AS COUNSEL**

Under Local Circuit Rule 12.0, the undersigned attorney for Petitioner State of Missouri (consolidated case No. 24-2013) respectfully moves this Court to appear as counsel in the above-captioned matters. The attorneys previously entered on this case for Missouri are departing from the Missouri Attorney General's

Office for other positions. The undersigned is a member of the bar of this Court and familiar with the pending litigation, so no party would be prejudiced should this Court grant the undersigned leave to appear at this juncture. A proposed Notice of Appearance for the undersigned in the above-captioned matters is included as Attachment A to this motion.

July 18, 2025                                         Respectfully submitted,

                                                      ANDREW BAILEY
                                                      *Attorney General of Missouri*

                                                      */s/ Louis J. Capozzi III*
                                                      Louis J. Capozzi III
                                                        *Solicitor General*
                                                      207 West High St.
                                                      Jefferson City, MO 65101
                                                      (573) 751-7890
                                                      Louis.Capozzi@ago.mo.gov

                                                      *Counsel for the State of Missouri*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 104 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

July 18, 2025 /s/ *Louis J. Capozzi III*
Louis J. Capozzi II

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

July 18, 2025                                       /s/ *Louis J. Capozzi III*
                                                    Louis J. Capozzi III