# EXHIBIT A

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028          **Short Title:** IN RE: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Missouri                                                           as the

[ ] appellant(s)            [ ] appellee(s)              [ ] amicus curiae

[✔] petitioner(s)           [ ] respondent(s)            [ ] intervenor(s)

/s/ Louis J. Capozzi III                                  July 17, 2025
Signature                                                 Date

 Louis J. Capozzi III
Name

Office of Missouri Attorney General                       (573) 751-7890
Firm Name (if applicable)                                 Telephone Number

207 West High Street
Address                                                   Fax Number

Jefferson City, MO 65101                                  Louis.Capozzi@ago.mo.gov
City, State, Zip Code                                     Email (required)

Court of Appeals Bar Number: 1215872

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. 24-2013, 24-2061

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset