

# Federal Communications Commission

Office of General Counsel—Litigation Division

45 L Street NE • Washington, DC 20554

Tel: (202) 418-1740 • Fax: (202) 418-2819

July 31, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Oral Argument for *In re MCP: 191*, No. 24-8028

Dear Ms. Dubrovsky:

    We write in response to the letter from counsel for Direct Action for Rights and Equality, filed yesterday, requesting that the Court schedule argument for this case in September. (Entry ID 6739595.) The Federal Communications Commission opposes that request. As explained in the Motion for Abeyance filed July 1, 2025 (Entry ID 6732864), the FCC is currently reconsidering many of the rules that are at issue in this case. Thus, any further resources spent arguing and hearing this case may be wasted on issues that become moot before the rules in question can even go into effect.

    The Court denied abeyance without prejudice and directed the parties to inform it "immediately of any events or changes in circumstance capable of mooting these matters to any degree." July 16, 2025 Order (Entry ID 6736154). In the time since our Motion for Abeyance was filed, the Chairman of the FCC has directed staff to work on a revised approach to rules for the IPCS market. A September argument, only a matter of weeks from now, could well occur before the details of the Commission's contemplated revised approach become public. Given the significant risk that future agency action will moot many of the underlying issues, the FCC still believes that the case should be put in abeyance. But if the Court chooses not to do that, it should, at a minimum, defer scheduling argument for a limited time to allow the Commission to make those details public, so that the Court and the parties can evaluate their impact on this case. That would be more prudent than scheduling argument in the near term.

    We will continue to inform the Court as the FCC makes progress on the revised approach that it intends to adopt.

Anastasia Dubrovsky, Clerk of Court
July 31, 2025
Page 2 of 2

        Sincerely,

        /s/  Matthew Dunne

        D. Adam Candeub
        *General Counsel*

        Bradley Craigmyle
        *Deputy General Counsel*

        Sarah E. Citrin
        *Deputy Associate General Counsel*

        Matthew J. Dunne
        *Counsel*