# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| IN RE: MCP 191 | : | Case No. 24-8028 |
| | : | |
| STATE OF INDIANA, ET AL., | : | Case No. 24-2013 |
| Petitioners, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL COMMUNICATIONS COMMISSION, ET AL., | : | |
| Respondents. | : | |

## MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

DAVE YOST
Ohio Attorney General

MATHURA J. SRIDHARAN*
Solicitor General
 *Counsel of Record*
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for State of Ohio*

## MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

Counsel for the State of Ohio requests that T. Elliot Gaiser be withdrawn as counsel in this case and substituted with Mathura J. Sridharan. Mr. Gaiser has left the Office of the Ohio Attorney General. Please designate Mathura J. Sridharan as counsel of record in the above-captioned matter.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Mathura J. Sridharan*
MATHURA J. SRIDHARAN*
Solicitor General
 *Counsel of Record
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for State of Ohio*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 55 words. See Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN
*Counsel for State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN
*Counsel for State of Ohio*
