**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| In re: MCP 191 | No. 24-8028 |
| SECURUS TECHNOLOGIES, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES,<br><br>*Respondents*. | No. 24-1860 |
| SECURUS TECHNOLOGIES, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES,<br><br>*Respondents*. | No. 24-1927 |
| PAY TEL COMMUNICATIONS, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES,<br><br>*Respondents*. | No. 24-1969 |

STATE OF INDIANA *et al.*,

*Petitioners*,

v.

No. 24-2013

FEDERAL COMMUNICATIONS
COMMISSION and UNITED STATES,

*Respondents*.

STATE OF LOUISIANA *et al.*,

*Petitioners*,

v.

No. 24-2061

FEDERAL COMMUNICATIONS
COMMISSION and UNITED STATES,

*Respondents*.

**UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.
MOTION TO AMEND CAPTION**

The United Church of Christ Media Justice Ministry, Inc. ("UCC Media

Justice") respectfully moves to amend the caption in this case. On May 5, 2025, the

Department of State of the State of New York certified an amendment to UCC

Media Justice's certificate of incorporation changing its corporate name from

"Office of Communication of the United Church of Christ, Inc." to "United Church

of Christ Media Justice Ministry, Inc." A copy of the certificate of amendment is

attached to this motion as an appendix. Respondents, Intervenors, and the following Petitioners either consent to or take no position on this motion: Direct Action for Rights and Equality, Inc., Criminal Justice Reform Clinic, Securus Technologies, LLC, Pennsylvania Prison Society, Pay Tel Communications, Inc., State of Florida, and Commonwealth of Virginia. The remaining Petitioners have not stated their position on this motion.

WHEREFORE, UCC Media Justice respectfully requests that this Court grant its motion to amend the caption in the above-captioned case to reflect the name listed in its amended certificate of incorporation: "United Church of Christ Media Justice Ministry, Inc."

Respectfully submitted,

/s/ *Erik Stallman*

Erik Stallman
Samuelson Law, Technology &
  Public Policy Clinic
University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720

*Counsel for United Church of Christ*
*Media Justice Ministry, Inc.*

Cheryl A. Leanza
United Church of Christ
  Media Justice Ministry, Inc.
100 Maryland Avenue, NE
Suite 330
Washington, D.C. 20002

Dated: August 5, 2025

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), United Church of Christ Media Justice Ministry, Inc. respectfully submits this Corporate Disclosure Statement. United Church of Christ Media Justice Ministry, Inc. states that it is a nonprofit organization with no parent corporations or stock.

Respectfully submitted,

Dated: August 5, 2025

/s/ *Erik Stallman*
Erik Stallman
Samuelson Law, Technology &
  Public Policy Clinic
University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720

*Counsel for United Church of Christ Media Justice Ministry, Inc.*

**CERTIFICATE OF COMPLIANCE**

I, Erik Stallman, certify that the foregoing Unopposed Motion to Amend

Caption complies with the type-volume limitations of Federal Rule of Appellate

Procedure 27(d)(2) because it contains 178 words. I further certify that this Motion

complies with the typeface requirements of Rule 32(a)(5) and the type-style

requirements of Rule 32(a)(6) because it has been prepared in a proportionally

spaced typeface using Microsoft Word 2024 in Times New Roman 14-point font.


Dated: August 5, 2025                         /s/ *Erik Stallman*

                                              Erik Stallman
                                              Samuelson Law, Technology &
                                                Public Policy Clinic
                                              University of California, Berkeley
                                              School of Law
                                              353 Law Building
                                              Berkeley, CA 94720

                                              *Counsel for United Church of Christ*
                                              *Media Justice Ministry, Inc.*

## CERTIFICATE OF SERVICE

I, Erik Stallman, hereby certify that on August 5, 2025, I electronically filed

the foregoing Motion for Amend Caption and Corporate Disclosure Statement

using the CM/ECF system in docket numbers 24-8028 and consolidated cases.

Participants in these cases that are registered CM/ECF users will be served by the

CM/ECF system.


Dated: August 5, 2025                    /s/ *Erik Stallman*

                                         Erik Stallman
                                         Samuelson Law, Technology &
                                           Public Policy Clinic
                                         University of California, Berkeley
                                         School of Law
                                         353 Law Building
                                         Berkeley, CA 94720

# APPENDIX

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC., File Number 250505001185 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 05, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007966773 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

**CERTIFICATE OF AMENDMENT**
**OF THE**
**CERTIFICATE OF INCORPORATION**
**OF**
**Office of Communication of United Church of Christ, Inc.**

**Under Section 803 of the Not-for-Profit Corporation Law**

**FIRST**: The name of the corporation is Office of Communication of United Church of Christ, Inc. The name under which it was formed is Office of Communication, Inc.

**SECOND**: The certificate of incorporation was filed by the Department of State on June 23, 1959 (as amended and restated, the "Certificate of Incorporation").

**THIRD**: The corporation was formed under the Not-for-Profit Corporation Law.

**FOURTH**: The corporation is a corporation as defined in subparagraph (5) of paragraph (a) of Section 102 of the Not-for-Profit Corporation Law.

**FIFTH**: The Certificate of Incorporation is hereby amended as follows:

    A. Paragraph 1 of the Certificate of Incorporation relating to the name of the corporation is amended to read in its entirety as follows:

        1. The name of the corporation is United Church of Christ Media Justice Ministry, Inc. It is a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

    B. Paragraph 4 of the Certificate of Incorporation relating to the post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is amended to read in its entirety as follows:

        4. The city and county in which its office is to be located are the City of New York and County of New York. The address to which the Secretary of State shall mail a copy of any notice required by law is 100 Maryland Ave., NE, Suite 330, Washington, DC 20002.

**SIXTH**: The certificate of amendment was authorized by a vote of a majority of the entire board of directors. The corporation has no members.

**SEVENTH**: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served.

The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is: 100 Maryland Ave., NE, Suite 330, Washington, DC 20002.

1

Filed with the NYS Department of State on 05/02/2025
Filing Number: 250505001185 DOS ID: 120680

The email address to which the Secretary of State shall email a notice of the fact that process against the corporation has been served electronically upon the Secretary of State is: cleanza@alhmail.com.

X   *Jessie Palatucci*           02/10/25
_____
*(Signature)*

Jessie R. Palatucci
_____
*(Print or Type Signer's Name)*

Board Chair
_____
*(Capacity of Signer; Director/Officer/Authorized Person)*

Board Chair
_____
*(Role of Signer)*

2

Filed with the NYS Department of State on 05/02/2025
Filing Number: 250505001185 DOS ID: 120680

# CERTIFICATE OF AMENDMENT
## OF THE
# CERTIFICATE OF INCORPORATION
## OF

Office of Communication of United Church of Christ, Inc.
_____
*(Name of Domestic Corporation)*

Under Section 803 of the Not-for-Profit Corporation Law



Filer's Name __Cheryl Leanza_____

Address __100 Maryland Ave., NE, Suite 330_____

City, State and Zip Code __Washington, DC 20002_____

RECEIVED
DIVISION OF
CORPORATIONS
DEPARTMENT OF STATE
2025 MAY -2 PM 12: 03

**NOTES:**

1. The name of the corporation and its date of incorporation provided on this certificate must exactly match the records of the Department of State. This information should be verified on the Department of State's website at https://dos.ny.gov.
2. **The certificate must be submitted with a $30 filing fee.**
3. This form was prepared by the New York State Department of State. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
4. The Department of State recommends that all documents be prepared under the guidance of an attorney.
5. **Please be sure to review Section 804 and Section 404 of the Not-for-Profit Corporation Law to determine if any consents or approvals are required to be attached to this certificate of amendment.**

_____

*For Office Use Only*

Filed with the NYS Department of State on 05/02/2025
Filing Number: 250505001185 DOS ID: 120680