# UNITED STATES COURTS OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| In Re: MCP 191 | No. 24-8028 |
| State of Indiana, *et al.*, | |
| *Petitioners,* | |
| v. | No. 24-2013 |
| Federal Communications Commission, *et al.*, | |
| *Respondents,* | |
| Office of Communication of The United Church of Christ, Inc., *et al.*, | |
| *Intervenors*. | |

## MOTION TO WITHDRAW COUNSEL

Jade Poorman, counsel for the Petitioner, State of Indiana, respectfully moves to withdraw her appearance as attorney of record in the above-captioned matters. The undersigned will be departing from her position with the Office of the Indiana Attorney General effective August 8, 2025.

Petitioner, State of Indiana, will continue to be represented by the other counsel of record from the Office of the Indiana Attorney General.

Respectfully submitted,

Theodore E. Rokita
*Indiana Attorney General*

Date: August 6, 2025

/s/ Jade Poorman
Jade Poorman, #1215302
Deputy Attorney General
Office of the Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (463) 426-7191 Fax: (317) 232-7978
Email: Jade.Poorman@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on August 6, 2025, I electronically filed the foregoing Motion to Withdraw Counsel with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Jade Poorman*
Jade Poorman

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (463) 426-7191 Fax: (317) 232-7978
Email: Jade.Poorman@atg.in.gov