**CASE NOS. 24-8028, 24-2013, 24-2061**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

No. 24-8028

IN RE: MCP 191

---

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

---

No. 24-2061

STATE OF LOUSIANA; STATE OF MISSISSIPPI; STATE OF TEXAS; SHERIFF SID GAUTREAUX; SHERIFF BOBBY WEBRE; SHERIFF MARK WOOD; SHERIFF KEVIN COBB; LOUSIANA SHERIFFS' ASSOCIATION,

Petitioners,

GLOBAL TEL*LINK; NATIONAL SHERIFFS' ASSOCIATION,

Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the
Federal Communications Commission

**MOTION TO WITHDRAW COUNSEL**

Petitioner State of Missouri respectfully requests this Court withdraw Dominic X. Barceleau as counsel in this case. Good cause exists as Dominic X. Barceleau will be leaving employment with the Office of the Missouri Attorney General.  Petitioner State of Missouri will not be prejudiced and will

2

continue to be represented by the undersigned attorney, Louis J. Capozzi, III who is already entered on the case.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw Dominic X. Barceleau as Counsel for Petitioner State of Missouri.

Dated:  August 6, 2025  **ANDREW BAILEY**
Missouri Attorney General

*/s/  Louis J. Capozzi, III*
Louis J. Capozzi, III #77756
  *Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 751-7890
Louis.Capozzi@ago.mo.gov

*/s/ Dominic X. Barceleau*
Dominic X. Barceleau #76510
  *Assistant Attorney General*
Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
Tel: (314) 340-7366
Email: Dominic.Barceleau@ago.mo.gov

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/  Louis J. Capozzi, III*

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook and contains 83 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

*/s/  Louis J. Capozzi, III*