# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| IN RE: MCP 191 | : | Case No. 24-8028 |
| | : | |
| STATE OF INDIANA, ET AL., | : | Case No. 24-2013 |
|     Petitioners, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL COMMUNICATIONS | : | |
| COMMISSION, ET AL., | : | |
|     Respondents. | : | |
| | : | |

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE

 

DAVE YOST
Ohio Attorney General

MATHURA J. SRIDHARAN*
Solicitor General
 *Counsel of Record*
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614-466-8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for State of Ohio*

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE

Petitioner State of Ohio respectfully moves this Court for leave to file the accompanying notice of appearance in this matter for Mathura J. Sridharan. *See* 1st Cir. R. 12.0(a).

Good cause exists for granting this motion. Currently, the only counsel listed for Petitioner State of Ohio, T. Elliot Gaiser, has left the Office of the Ohio Attorney General. Granting this motion would allow for the State of Ohio to be properly represented by the State's current counsel. The State of Ohio will subsequently move to withdraw Mr. Gaiser once Ms. Sridharan has properly appeared.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/Mathura J. Sridharan*
    MATHURA J. SRIDHARAN
    Solicitor General
    30 E. Broad St., 17th Fl.
    Columbus, Ohio 43215
    614-466-8980
    Mathura.Sridharan@OhioAGO.gov

    *Counsel for State of Ohio*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 102 words. See Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

/s/ Mathura J. Sridharan
MATHURA J. SRIDHARAN

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN