# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Ohio _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

Mathura J. Sridharan
Signature

8/6/2025
Date

Mathura J. Sridharan
Name

Office of the Ohio Attorney General
Firm Name (if applicable)

614.466.8980
Telephone Number

30 E. Broad St.
Address

614.466.5087
Fax Number

Columbus, OH 43215
City, State, Zip Code

mathura.sridharan@ohioago.gov
Email (required)

Court of Appeals Bar Number: 1214526

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).