# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; COMMONWEALTH OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.
_____

### ORDER OF COURT

Entered: August 13, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Mathura J. Sridharan's motion for leave to enter an appearance on behalf of Petitioner State of Ohio is granted. Attorney Mathura J. Sridharan's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Robert B. Nicholson, Jacob Matthew Lewis, Robert J. Wiggers, Matthew J. Dunne, Sarah E. Citrin, Bradley Craigmyle, Amy Elizabeth Potter, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Daren Ge Zhang, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Erik Stallman, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Blake Lanning, Jade Poorman, Bradley Davis, Dylan L. Jacobs, Autumn Hamit Patterson, Edmund G. LaCour Jr., Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, Louis Joseph Capozzi III, Thomas Elliot Gaiser, Joseph David Spate, Jonathan K. Van Patten, James Matthew Rice, Stanford Purser, Landis C. Best, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr., John Bergmayer, Stephen Raher, Caroline S. Van Zile, Daniel S. Magy, Kevin Michael Gallagher