# Exhibit A

# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013          **Short Title:** IN RE: MCP 191

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

State of Missouri _____ as the

[  ] appellant(s)                    [  ] appellee(s)                    [  ] amicus curiae

[✔] petitioner(s)                    [  ] respondent(s)                  [  ] intervenor(s)


/s/ Louis J. Capozzi III _____          August 13, 2025 _____
Signature                                          Date

 Louis J. Capozzi III _____
Name

Office of Missouri Attorney General _____          (573) 751-7890 _____
Firm Name (if applicable)                          Telephone Number

207 West High Street _____          _____
Address                                            Fax Number

Jefferson City, MO 65101 _____          Louis.Capozzi@ago.mo.gov _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1215872 _____


Has this case or any related case previously been on appeal?

[  ] No          [  ] Yes  Court of Appeals No._____
=============================================================================
**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |