# United States Court of Appeals
## For the First Circuit

_____

No. 24-8028

In Re: MCP 191

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; COMMONWEALTH OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.
_____

**ORDER OF COURT**

Entered: August 22, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Joshua M. Divine as counsel for Petitioner State of Missouri is granted. Attorney Divine is hereby withdrawn as counsel of record, and Petitioner State of Missouri will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Robert B. Nicholson, Jacob Matthew Lewis, Robert J. Wiggers, Matthew J. Dunne, Sarah E. Citrin, Bradley Craigmyle, Amy Elizabeth Potter, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Daren Ge Zhang, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Erik Stallman, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Blake Lanning, Bradley Davis, Dylan L. Jacobs, Autumn Hamit Patterson, Edmund G. LaCour Jr., Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Dominic X. Barceleau, Joshua Divine, Louis Joseph Capozzi III, Thomas Elliot Gaiser, Mathura Sridharan, Joseph David Spate, Jonathan K. Van Patten, James Matthew Rice, Stanford Purser, Landis C. Best, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr., John Bergmayer, Stephen Raher, Caroline S. Van Zile, Daniel S. Magy, Kevin Michael Gallagher