# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028          **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Federal Communications Commission</u>                                        as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [✓] respondent(s)       [ ] intervenor(s)

<u>/s/ Bradley Craigmyle</u>                      <u>September 4, 2025</u>
Signature                                        Date

<u>Bradley Craigmyle</u>
Name

<u>Federal Commuications Commission</u>          <u>202-418-1738</u>
Firm Name (if applicable)                        Telephone Number

<u>45 L Street NE</u>
Address                                          Fax Number

<u>Washington, DC 20554</u>                      <u>bradley.craigmyle@fcc.gov</u>
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: <u>1216668</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).