

Federal Communications Commission

Office of General Counsel—Litigation Division

45 L Street NE • Washington, DC 20554

Tel: (202) 418-1740 • Fax: (202) 418-2819

October 7, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   *In re MCP: 191*, No. 24-8028 and consolidated cases (argued October 7, 2025)

Dear Ms. Dubrovsky:

As we advised the Court and the parties on October 3, 2025 (Entry ID 6755422), the FCC Chairman recently circulated within the agency a draft order governing incarcerated people's communications services (IPCS). A public version of the draft order is now available,[1] and I have attached a copy here. The Commission plans to vote on the draft order at its October Open Meeting.

If adopted, the new order will supersede portions of the order under review in this case and moot those corresponding issues in this litigation. Specifically, the new order, as now drafted, will (once effective) moot the issues addressed in Parts II, IV, and V.A of Respondents' brief. These rules will be effective on publication in the Federal Register, and the compliance date will be 120 days after publication. We will let the Court and the parties know when there are further updates.

Sincerely,

/s/  Bradley Craigmyle

Bradley Craigmyle
*Deputy General Counsel*

cc: counsel of record per ECF

---

[1] https://perma.cc/NHG9-TF3K.