UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| In Re: MCP 191 | ) | 24-8028, 24-2013 |
| | ) | |
| Defendant | ) | |
| | ) | |

MOTION FOR LEAVE TO APPEAR AS COUNSEL

Under Local Rule 12.0, the undersigned attorney for Petitioner State of South Dakota, respectfully moves this Court to appear as counsel in the above-captioned matters.

Good cause exists for granting this motion because former counsel has left employment with the Office of the South Dakota Attorney General and Grant M. Flynn, the proposed substitute counsel, would take his place.

A proposed Notice of Appearance for the undersigned in the above-captioned matters is included as an attachment to this motion.

Respectfully submitted, October 8, 2025.

/s/ Grant M. Flynn
Grant M. Flynn
1302 East SD Highway 1889, Suite 1
Pierre, SD  57501
Phone: 605-773-3215
Email: grant.flynn@state.sd.us
*Attorney for Petitioner State of South Dakota*
