# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of South Dakota _____ as the

[ ] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[✔] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Grant M. Flynn
Signature

10/8/2025
Date

Grant M. Flynn
Name

Office of South Dakota Attorney General
Firm Name (if applicable)

605-773-3215
Telephone Number

1302 East SD Highway 1889, Suite 1
Address

605-773-4106
Fax Number

Pierre, SD  57501
City, State, Zip Code

grant.flynn@state.sd.us
Email (required)

Court of Appeals Bar Number: 1220093

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes     Court of Appeals No. 24-8028 and consolidated cases

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).