UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-8028

IN RE: MCP 191

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST INC.,; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the
Federal Communications Commission

**MOTION FOR LEAVE TO APPEAR AS COUNSEL**

Pursuant to Local Rule 12.0, the undersigned counsel for Petitioner State of Missouri respectfully requests to appear as counsel in the above-captioned matters.

The undersigned is a member of this bar and has participated in litigation on behalf of Petitioner. No party will be prejudiced by this appearance.

A proposed Notice of Appearance is included as an attachment to this motion.

Dated: November 10, 2025				Respectfully submitted,

CATHERINE L. HANAWAY
Missouri Attorney General

*/s/ Victoria Lowell*
Victoria Lowell #1219730
  *Assistant Solicitor General*
Office of the Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
Tel: (314) 340-4792
Email: Victoria.Lowell@ago.mo.gov

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman and contains 72 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

*/s/ Victoria Lowell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, this Motion for Leave to Appear as Counsel was filed electronically through the Court's CM/ECF system and served on counsel for all parties.

*/s/ Victoria Lowell*