# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013     **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Missouri _____ as the

[ ] appellant(s)              [ ] appellee(s)              [ ] amicus curiae

[✓] petitioner(s)             [ ] respondent(s)            [ ] intervenor(s)

/s/ Victoria Lowell
Signature

11/10/2025
Date

Victoria Lowell
Name

Office of Missouri Attorney General
Firm Name (if applicable)

(314) 340-4792
Telephone Number

815 Olive Street, Suite #200
Address

Fax Number

St. Louis, Missouri 63101
City, State, Zip Code

Victoria.Lowell@ago.mo.gov
Email (required)

Court of Appeals Bar Number: 1219730

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).