UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 24-8028

IN RE: MCP 191

_____

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA;
STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF
IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH
CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE
OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST
INC.,; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.;
PENNSYLVANIA PRISON SOCIETY,

Intervenors.

On Petitions for Review of a Final Order of the
Federal Communications Commission

**MOTION FOR LEAVE TO APPEAR AS COUNSEL**

Pursuant to Local Rule 12.0, the undersigned counsel for Petitioner State of

Missouri respectfully requests to appear as counsel in the above-captioned matters.

The undersigned is a member of this bar and has participated in litigation on behalf of Petitioner. No party will be prejudiced by this appearance.

A proposed Notice of Appearance is included as an attachment to this motion.

Dated: November 10, 2025          Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

/s/ William J. Seidleck
William J. Seidleck #1220026
 *Principal Deputy Solicitor General*
Office of the Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
Tel: (573) 301-5359
Email: William.Seidleck@ago.mo.gov

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies this motion complies with Fed. R. App. P 32 and 27, in that it is written in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman and contains 72 words as determined by the word-count feature of Microsoft Word and excludes those items excluded from length computations under Fed. R. App. P. 32.

/s/ *William J. Seidleck*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2025, this Motion for Leave to Appear as Counsel was filed electronically through the Court's CM/ECF system and served on counsel for all parties.

<u>/s/ *William J. Seidleck*</u>