# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8028, 24-2013        **Short Title:** In re: MCP 191

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Missouri _____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ William Seidleck                          11/10/2025
Signature                                     Date

William Seidleck
Name

Office of Missouri Attorney General           (573) 301-5359
Firm Name (if applicable)                     Telephone Number

815 Olive Street, Suite #200                  _____
Address                                       Fax Number

St. Louis, Missouri 63101                     William.Seidleck@ago.mo.gov
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1220026

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).