# United States Court of Appeals
## For the First Circuit

No. 24-8028

Re: MCP 191

No. 24-2013

STATE OF INDIANA; STATE OF ARKANSAS; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF IOWA; STATE OF MISSOURI; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VIRGINIA,

Petitioners,

GLOBAL TEL*LINK, d/b/a ViaPath Technologies,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents,

UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY, INC.; DIRECT ACTION FOR RIGHTS AND EQUALITY, INC.; PENNSYLVANIA PRISON SOCIETY,

Intervenors.

### ORDER OF COURT

Entered: November 12, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Victoria Lowell and attorney William Seidleck's motions for leave to enter an appearance on behalf of Petitioner State of Missouri are granted. Attorneys Lowell and Seidleck's notices of appearance are accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson, Elizabeth B. Deutsch, Andrew Clement DeGuglielmo, Arjun Ramamurti, Robert B. Nicholson, Jacob Matthew Lewis, Robert J. Wiggers, Matthew J. Dunne, Sarah E. Citrin, Bradley Craigmyle, Amanda Ilima Alvarez Thibeault, Scott H. Angstreich, Justin B. Berg, Jordan Reinold Garcia Gonzalez, Daren Ge Zhang, Andrew Schwartzman, Kelsey L. Smith, Justin L. Matheny, Jacob C. Beach, Amanda Hawkins, Marcus Trathen, Christopher B. Dodd, Blake Lanning, Bradley Davis, Dylan L. Jacobs, Autumn Hamit Patterson, Edmund G. LaCour Jr., Allen Huang, Stephen John Petrany, Sean M. Corkery, Eric H. Wessan, Louis Joseph Capozzi III, Victoria Lowell, William James Seidleck, Mathura Sridharan, Joseph David Spate, Jonathan K. Van Patten, Grant Michael Flynn, James Matthew Rice, Stanford Purser, Landis C. Best, Angela F. Collins, Craig E. Frosch, Shannon Dirmann, Mary Grace Erlingson, Salvatore Taillefer Jr., John Bergmayer, Stephen Raher, Caroline S. Van Zile, Daniel S. Magy, Kevin Michael Gallagher, Erik Stallman