# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-2061     **Short Title:** State of Louisiana v. FCC

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Federal Communications Commission                                                                 as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [✔] respondent(s)       [ ] intervenor(s)


/s/ Matthew J. Dunne                    11/18/2025
Signature                               Date

Matthew J. Dunne
Name

Federal Communications Commission       202-418-1755
Firm Name (if applicable)               Telephone Number

45 L Street NE
Address                                 Fax Number

Washington, DC 20554                    matthew.dunne@fcc.gov
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1149477

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).