# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-2013   **Short Title:** State of Indiana v. FCC

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Federal Communications Commission   as the

[ ] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [✔] respondent(s)   [ ] intervenor(s)

/s/ Sarah E. Citrin
Signature

11/18/2025
Date

Sarah E. Citrin
Name

Federal Communications Commission
Firm Name (if applicable)

202-418-1537
Telephone Number

45 L Street NE
Address

Fax Number

Washington, DC 20554
City, State, Zip Code

sarah.citrin@fcc.gov
Email (required)

Court of Appeals Bar Number: 1214336

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).